Zachary Balkin, Esq.
Nevada Bar No.15867
LERNER & ROWE INJURY ATTORNEYS
4795 South Durango Drive
Las Vegas, Nevada 89147
Telephone: (702) 877-1500
Facsimile: (702) 877-0110
E-mail: zbalkin@lernerandrowe.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HERMIN BERNAL, individually, | CASE NO.: 3:25-cv-00328-MMD-CLB |
| Plaintiff, | |
| vs. | |
| COSTCO WHOLESALE CORPORATION, a registered domestic corporation; COSTCO WHOLESALE INTERNATIONAL, INC., a registered international incorporation; DOES 1 through 10, inclusive; and ROE CORPORATION 11 through 20, inclusive, | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff HERMIN BERNAL, by and through his attorney, Zachary Balkin, Esq., of the law firm of Lerner & Rowe Injury Attorneys, and Defendant COSTCO WHOLESALE CORPORATION and COSTCO WHOLESALE INTERNATIONAL, INC., by and through its attorney, Michael Sullivan, Esq., of Robinson, Sharp, Sullivan & Brust Law Firm, that Case No. 3:25-cv-00328-MMD-CLB entitled *Hermine Bernal v. Costco Wholesale Corporation and Costco Wholesale International, Inc.*, is hereby dismissed with prejudice.

. . .

. . .

. . .

1

IT IS FURTHER STIPULATED that the parties shall each bear their own attorney's fees, costs, expenses, and any interest.

Respectfully submitted this 2nd day of September, 2025.

| LERNER & ROWE INJURY ATTORNEYS | ROBINSON, SHARP, SULLIVAN & BRUST |
|---|---|
| By: /s/ Zachary Balkin<br>Zachary Balkin, Esq.<br>Nevada Bar No. 15867<br>4795 South Durango Drive<br>Las Vegas, NV  89147<br>Attorneys for Plaintiff | By: /s/ Michael Sullivan<br>Michael E. Sullivan, Esq.<br>71 Washington Street<br>Reno, Nevada 89503<br>Attorney for Defendants |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT**

**DATED: September 3, 2025**

# Ruth Ayala

| | |
|---|---|
| **From:** | Mike Sullivan <msullivan@rssblaw.com> |
| **Sent:** | Tuesday, September 2, 2025 8:54 AM |
| **To:** | Zachary Balkin; Ruth Ayala |
| **Cc:** | Pam Simon |
| **Subject:** | RE: SAO Hermine Bernal---Attached SAO for Dismissal, Fed Case. |

> **External Email**
> This is an email that originated outside of Lerner & Rowe Injury Attorneys and may be malicious. **DO NOT CLICK** links or attachments unless you recognize the sender and know the content is safe.

Dear Zach, you may electronically sign my name and file same. I have requested the settlement check be sent to my office for safekeeping. Thanks, MIKE   775  329 3151 ext 127

**From:** Zachary Balkin <zbalkin@lernerandrowe.com>
**Sent:** Friday, August 29, 2025 12:56 PM
**To:** Mike Sullivan <msullivan@rssblaw.com>; Ruth Ayala <rayala@lernerandrowe.com>
**Subject:** FW: SAO Hermine Bernal---Attached SAO for Dismissal, Fed Case.

For your consideration

H. Zachary Balkin   |   Attorney NV,CO,IL

LERNER & ROWE INJURY ATTORNEYS
200 S. Virginia St. #240 Reno, NV, 89501

Main: 702-877-1500 | Fax: 702-877-0110
zbalkin@lernerandrowe.com



Please consider the environment before printing this e-mail.
**CONFIDENTIALITY NOTE:** The information contained in this message may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this information is strictly prohibited and may result in violations of Federal or State law. If you have received this message in error, please notify the sender of this message, and destroy the original message. Thank you.

**From:** Ruth Ayala <rayala@lernerandrowe.com>
**Date:** Friday, August 29, 2025 at 10:58 AM
**To:** Zachary Balkin <zbalkin@lernerandrowe.com>
**Subject:** RE: SAO Hermine Bernal---Attached SAO for Dismissal, Fed Case.

Zach,  Please let me know if okay to send the Attached SAO for Dismissal, Fed Case to OC for his approval to affix his e-signature.  Thank you.

Ruth Ayala   |   Litigation Paralegal
LERNER & ROWE INJURY ATTORNEYS
4795 S. Durango Dr. Las Vegas, NV 89147 | Main: 702-877-1500 | Direct/Fax: 702-996-6650

1